Judge: Robert m. Dow, Jr. Magistrate Judge: M. David Weisman Filed: 10/11/2019
Lead Case: 19cv3924
Tag Alon Cases: 2:19-cv-08148, 2:19-cv-8302, 1:19-cv-4009, 1:19-cv-11953
td

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

**IN RE: FAIRLIFE MILK PRODUCTS
MARKETING AND SALES PRACTICES
LITIGATION**

MDL No. 2909

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On October 2, 2019, the Panel transferred 2 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2019). Since that time, no additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Robert M. Dow, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Dow.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of October 2, 2019, and, with the consent of that court, assigned to the Honorable Robert M. Dow, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 11, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

_____
John W. Nichols
Clerk of the Panel

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ KERWIN POSLEY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
October 30, 2019

**IN RE: FAIRLIFE MILK PRODUCTS
MARKETING AND SALES PRACTICES
LITIGATION**  MDL No. 2909

### SCHEDULE CTO−1 – TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 19−08148 | Kevin Ngai v. Fairlife, LLC et al  **1:19cv07141** |
| CAC | 2 | 19−08302 | Marleny Olivo v. The Coca Cola Company et al  **1:19cv07144** |
| INDIANA SOUTHERN | | | |
| INS | 1 | 19−04009 | ABOWD v. FAIRLIFE, LLC et al  **1:19cv07145** |
| MASSACHUSETTS | | | |
| MA | 1 | 19−11953 | Henderson v. The Coca−Cola Company et al  **1:19cv07146** |